IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-_____

PLAINTIFF:

**KATE WOLF DRAKEWYCK**

v.

DEFENDANTS:

**AURORA PUBLIC SCHOOLS** and **HALEH TORBAGHAN**

---

### NOTICE OF REMOVAL TO FEDERAL COURT

---

Defendants, by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby give notice of removal of this case from Arapahoe County District Court, Colorado, to the United States District Court for the District of Colorado. As grounds therefor, Defendants state as follows:

1.    On or about July 22, 2025, Plaintiff filed a civil action in Arapahoe County District Court claiming Defendants illegally nonrenewed her employment. Defendant Aurora Public Schools was served with the Complaint on August 5, 2025.

2.    Undersigned counsel was retained and entered their appearance as counsel of record for Defendants and formally entered their appearances on August 6, 2025, and August 12, 2025.

3.    Plaintiff filed two motions to amend her Complaint; the first on August 14, 2025, to add a charge of religious discrimination; and the second on August 26, 2025, to add charge of abuse.

1

4.      Defendants requested the Court extend the responsive pleading deadline to a date two weeks from the date of a ruling on the motions to amend. On October 13, 2025, the Court granted Plaintiff's Motion to Amend and set Defendants' responsive pleading deadline at 21 days following the filing of the Amended Complaint.

5.      On or about October 15, 2025, Plaintiff filed an Amended Complaint in a civil action in the Arapahoe County District Court. The Amended Complaint asserts six claims, including a claim of religious discrimination, against Defendants.

6.      A true and correct copy of the Amended Complaint is attached and incorporated by reference.

7.      There is one pending motion. On or about October 30, 2025, Plaintiff filed a Motion to Add New Evidence. A true and correct copy of the Motion to Add New Evidence is attached hereto.

8.      This Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff's allegation of religious discrimination arises under federal law. The Amended Complaint states that the Equal Employment Opportunity Commission (the "EEOC") issued Plaintiff a Notice of Right to Sue in July of 2025. (*See* Amended Complaint, p. 5.)

9.      Venue is proper in this Court because the State Court Action is pending in Colorado. *See* 28 U.S.C. § 1441(a).

10.     This Notice of Removal is filed within thirty days of service of the Complaint and is timely filed pursuant to 28 U.S.C. § 1446(b).

11.     Pursuant to 28 U.S.C. § 1446(d), Defendants will provide prompt written notice of the removal of this action to Plaintiff and will file a copy of this Notice of Removal with the Clerk of Adams County District Court as soon as this Notice of Removal has been filed in this Court.

12.     Pursuant to D.C. Colo. L Civ R 81.1, the undersigned counsel certifies that there are no hearings set before the Arapahoe County District Court from which this case is removed and all pleadings and process files therein are attached hereto.

13.     Pursuant to D.C. Colo. L Civ R 81.1, the undersigned counsel certifies that a current docket sheet (Register of Actions) is attached hereto and filed with this Notice.

WHEREFORE, Defendants request that the action now pending before the Arapahoe County District Court, Colorado, Civil Action No.2025CV000268 be removed to this Court, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted this 5th day of November 2025.

CAPLAN AND EARNEST LLC

*s/ Caroline G. Gecker*
Caroline G. Gecker
Michael W. Schreiner
3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone: (303) 443-8010
cgecker@celaw.com;
mschreiner@celaw.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

This is to certify that on November 5, 2025, a true and correct copy of the foregoing Notice of Removal was filed with the US District Court of Colorado, as well as emailed and mailed to the following:

Kate Wolf Drakewyck
1001 E. 62nd Ave., #1531
Denver, CO 80216
bdrakewyck@yahoo.com

*Pro Se Plaintiff*

s/*Shellie Satterfield*
Shellie Satterfield, Paralegal

4916-6826-8150, v. 1

4